

Defendants 00073